

**IT IS ORDERED as set forth below:**

**Date: November 2, 2012**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 12-69799-JRS |
| | : | |
| OXLEY DEVELOPMENT COMPANY, LLC, | : | |
| | : | CHAPTER 11 |
| DEBTOR. | : | |

### ORDER DISMISSING CASE WITH PREJUDICE TO DEBTOR'S ABILITY
### TO REFILE FOR PERIOD OF TWO YEARS

This case came before the Court on October 30, 2012, following notice to creditors and

other parties in interest in accordance with Bankruptcy Rule 2002(a), for a hearing on the United

States Trustee's motion seeking dismissal of the case with a prohibition against re-filing for a

period of at least 180 days [Doc. No. 36].   Present in Court were Paul Marr as counsel for

Debtor, Paul Baisier as counsel for German American Capital Corporation ("GACC"), and

James H. Morawetz as counsel for the United States Trustee.   Based on a review of the record

and consideration of the comments of counsel and for the reasons stated on the record at the

hearing, it is hereby:

ORDERED that this case is DISMISSED for cause pursuant to 11 U.S.C. § 1112(b),

PROVIDED, HOWEVER, that the Court shall retain jurisdiction to adjudicate a) Adversary

Proceeding No. 12-05568 commenced by GACC on October 25, 2012, by the filing of a

Complaint against Debtor, Carl M. ("Chip") Drury III, Tidewater Plantations, Inc., Duck Point,

LLC, and Maritime Forests Holdings, LLC, and b) GACC's Motion for Sanctions [Doc. No. 45]

filed on October 25, 2012, against Debtor, Carl M. Drury III, and Paul Reece Marr, P.C.  It is

further

ORDERED for cause pursuant to this Court's power under 11 U.S.C. § 105(a) to take

necessary or appropriate action to prevent abuse of its process and its power under 11 U.S.C. §

349(a) to dismiss a bankruptcy case with prejudice to the debtor's ability to file a subsequent

petition under Title 11, that Debtor shall be ineligible to file, and is hereby prohibited from

filing, another voluntary petition for relief under Title 11 of the United States Code for a period

of two years from the date of entry of this Order.

**END OF DOCUMENT**